## R. S. HUDSON, EXECUTOR, ET AL. *v.* ELLA GRAY.

1. APPEAL. *By executor. When bond required.*

Sect. 2334 of the Code of 1880 provides that "executors, administrators, and guardians, except executors who have not given bonds as such, may appeal from any judgment, decree, or order affecting them in their fiduciary character, and shall have a *supersedeas* on such appeal, without bond for costs or for a *supersedeas;* but they may be required to prepay the clerk for the transcript of the record for the Supreme Court." This section does not relieve an executor against whom a decree has been rendered satisfiable *de bonis propriis* from giving bond on an appeal taken by him, but he is required, in such case, to give bond as any other appellant.

2. SAME. *Failure to give bond. Sect. 1407, Code of 1880.*

Sect. 1407 of the Code of 1880 provides that no appeal to the Supreme Court shall fail "because of a defect in the application for appeal, or in the bond, but all defects and irregularities may be cured by amendment." Where an appellant has failed to give any bond on appeal to this court, he may be permitted, under this section, to supply the same, so as to perfect the appeal.

3. SAME. *Bond by one of several appellants. Sect. 2332, Code of 1880.*

It is not necessary, under sect. 2332 of the Code of 1880, that all of several joint appellants shall unite in the appeal-bond, but it is sufficient if the bond be given by one.

MOTION in Supreme Court.

The appellee made a motion to dismiss the appeal in this case on the ground that no appeal-bond had been executed by the appellants.

*T. J. O'Neill,* for the motion.

The sureties on the bond of an executor or administrator are not liable for the costs of a final settlement of the estate, when such costs are adjudged against him personally. Code

1871, sects. 1118, 1176; Code 1880, sects. 2377–2379; *Williamson* v. *Childress*, 26 Miss. 328; *Prosser* v. *Yerby, Ex'rx.*, 1 How. 87.

*T. J. O'Neill* also made an oral argument.

*T. C. Catchings, contra.*

R. S. Hudson claims the right to a *supersedeas* without giving bond, by virtue of sect. 2334, Code of 1880; and it is submitted that his claim is well taken, his executor's bond being the security to which appellee must resort. This is manifest from the fact that that section only relates to executors who have given bond.

*T. C. Catchings* also made an oral argument.

CHALMERS, C. J., delivered the opinion of the court.

An executor, upon final settlement, after long litigation, was adjudged to pay the costs therein. He has appealed without bond, and insists that he is entitled to maintain his appeal without having given bond either for costs or for a *supersedeas*, basing his right upon sect. 2334 of the Code, which is in these words: "Executors, administrators, and guardians, except executors who have not given bond, may appeal from any judgment, decree, or order affecting them in their fiduciary character, and shall have a *supersedeas* on such appeal without bond for costs or for a *supersedeas;* but they may be required to prepay the clerk for transcript of the record for the Supreme Court." The section relieves from the obligation to give bond only when the judgment or decree is against the executor or administrator in his fiduciary character; that is to say, where it is satisfiable *de bonis testatoris*, or where, by reason of a *devastavit* by the fiduciary, he has become personally liable. In such case, those who have recovered it are already protected by the bond given at the inception of the trust relation, and no further security is required; but where no bond as executor has been given, or where the judgment or decree is to be primarily satisfied *de bonis propriis*, the usual appeal-bond must be executed. In this case the costs were adjudged

to be paid by the executor *de bonis propriis*, and as to them he stands upon the same footing as any other appellant, and must give bond as such.

Under the provisions of sect. 1407 of the Code of 1880, authorizing us to perfect all appeals and cure all irregularities in suing them out, we direct that a *supersedeas*-bond in the sum of $500 be filed in this court within eight days, in default of which the appeal will be dismissed.

Several of the heirs of the testator united with the executor in praying for an appeal. It is not necessary that they should unite in the bond, since one appellant may give bond for all. It is sufficient that all join in the appeal, and that one or more execute the bond. Code 1880, sect. 2332.